HARRISON VS DANELLY.

*Of cases taken by appeal from magistrates' Courts.*

**1.** Cases removed into the Circuit Court by appeal from a justice of the peace, should be tried *de novo,* according to the requirements of the statute of 1819.*

On a writ of error to the Circuit Court of Covington county.

James Harrison sued out a summons from before a justice of the peace of Covington county, on a claim of debt against Danelly, founded upon the note of the latter, for forty dollars. The justice having given judgment against Danelly, he took an appeal to the Circuit Court.

The record brought up to this Court, showed, that the proceedings were quashed on motion, by the Circuit Court, (supposed,) for some irregularity in the warrant or other proceedings, before the justice.

*Porter* for the plaintiff in error.

PER CURIAM.—Upon an appeal of the defendant from a judgment of a justice of the peace, in favor of the plaintiff, the proceedings which had been had before the justice, were removed into the Circuit Court of Covington county, and there, on the motion of the defendant, quashed. No counsel has

*Aikin's Dig. 261: §12.

appeared here to direct our attention to any suppo-
sed defect.   We have examined the record, and
think there is no defect which is not cured by the
thirty-eighth section of the act of eighteen hundred
and nineteen.*

*Aik. Dig. 261

This opinion applies to six other cases in this
Court, between the same parties.   Each of the
cases ought to have been tried *de novo* in the Cir-
cuit Court, as the act of eighteen hundred and nine-
teen directs.

The judgment in each case is reversed, and each
cause is remanded.